Alexander M. Medina (CA Bar No. 222015)
  Email: alex@medinamckelvey.com
Timothy B. Nelson (CA Bar No. 235279)
  Email: tim@medinamckelvey.com
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile: (916) 742-5488

Stephen D. Williger (OH Bar No. 0014342)
  (Admitted *pro hac vice*)
  Email: stephen.williger@thompsonhine.com
Mark R. Butscha, Jr. (OH Bar No. 0088854)
  (Admitted *pro hac vice*)
  Email: mark.butscha@thompsonhine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800

Attorneys for Plaintiff/Counterclaim
Defendant LINGLONG AMERICAS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGLONG AMERICAS INC., <br><br> Plaintiff, <br><br> v. <br><br> GET IT ON WHEELS, INC. <br> (d/b/a TIRE & WHEEL OUTLET) and DOES 1–5, inclusive, <br><br> Defendants. <br><br> GET IT ON WHEELS, INC. <br> (d/b/a TIRE AND WHEEL OUTLET), <br><br> Counterclaimant, <br><br> v. <br><br> LINGLONG AMERICAS INC. <br><br> Counterclaim Defendant. | **Case No. 2:17-cv-01378-WBS-GGH** <br><br> **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE** <br><br> Hearing Date: November 13, 2017 <br> Hearing Time: 1:30 pm <br> Courtroom: 5 (14th Floor) <br> Judge: Hon. William B. Shubb <br><br> Action Filed: July 5, 2017 |

- 1 -

[PROPOSD] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE
CASE NO. 2:17-CV-01378-WBS-GGH

1   The Court hereby grants the request of Thompson Hine LLP, counsel for Plaintiff and
2   Counterclaimant Defendant LINGLONG AMERICAS INC., to appear by telephone at the
3   hearing regarding Plaintiff and Counterclaimant Defendant's Motion to Dismiss Counterclaim,
4   scheduled to be heard on November 13, 2017 at 1:30 p.m. in Courtroom 5.
5   The courtroom deputy shall email counsel with instructions on how to participate in the
6   telephone conference call.
7   **IT IS SO ORDERED.**
8   **Dated:  October 17, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

