Alexander M. Medina (CA Bar No. 222015)
  Email: alex@medinamckelvey.com
Timothy B. Nelson (CA Bar No. 235279)
  Email: tim@medinamckelvey.com
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile: (916) 742-5488

Stephen D. Williger (OH Bar No. 0014342)
  (Admitted *pro hac vice*)
  Email: stephen.williger@thompsonhine.com
Mark R. Butscha, Jr. (OH Bar No. 0088854)
  (Admitted *pro hac vice*)
  Email: mark.butscha@thompsonhine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800

Attorneys for Plaintiff/Counterclaim
Defendant LINGLONG AMERICAS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINGLONG AMERICAS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GET IT ON WHEELS, INC.<br>(d/b/a TIRE & WHEEL OUTLET) and DOES 1–5, inclusive,<br><br>    Defendants. | **Case No. 2:17-cv-01378-WBS-GGH**<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Hearing Date: March 19, 2018<br>Hearing Time: 1:30 pm<br>Courtroom: 5 (14th Floor)<br>Judge: Hon. William B. Shubb<br><br>Action Filed: July 5, 2017 |
| GET IT ON WHEELS, INC.<br>(d/b/a TIRE AND WHEEL OUTLET),<br><br>    Counterclaimant,<br><br>v.<br><br>LINGLONG AMERICAS INC.<br><br>    Counterclaim Defendant. | |

- 1 -

[PROPOSD] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE
CASE NO. 2:17-CV-01378-WBS-GGH

The Court hereby grants the request of Thompson Hine LLP, counsel for Plaintiff and Counterclaimant Defendant LINGLONG AMERICAS INC., to appear by telephone at the hearing regarding Plaintiff and Counterclaimant Defendant's Motion to Dismiss Second Amended Counterclaim, scheduled to be heard on March 19, 2018 at 1:30 p.m. in Courtroom 5.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated: February 14, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

